ACCEPTED
12-15-00073-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/6/2015 2:44:50 PM
Pam Estes
CLERK

November 06, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/6/2015 2:44:50 PM

PAM ESTES
Clerk

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Yago Santain Fountain**
    **12-15-00073-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

November 3, 2015

Yago Santain Fountain
Inmate 01993345
Choice Moore Unit
1700 N. FM 87
Bonham, TX 75418

**Re: Opinion**

Mr. Fountain:

Please find enclosed a copy of the opinion issued by the Court of Appeals in your case. The Court has reversed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,

Austin Reeve Jackson



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BONHAM, TX 75418

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| | | $1.64 |
| Total Postage & Fees | $ | $7.89 |

AZALEA STA TYLER TX
0711
11

NOV 09 2015    Postmark Here

11/05/2015

USPS

Sent To    Yayo Fountain #019-93-345

Street, Apt. No.; or PO Box No.    E. Moore Unit 1700 N FM87

City, State, ZIP+4    Bonham TX 75418

PS Form 3800, August 2006    See Reverse for Instructions

7012 3460 0002 0690 8370